UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW FRANK ROWBOTTOM,

Plaintiff,

v.

ERIN PARKS, et al.,

Defendants.

Case No. 3:25-cv-00186-ART-CSD

ORDER

## I.    DISCUSSION

On March 1, 2026, the Court screened Plaintiff's First Amended Complaint ("FAC") under 28 U.S.C. § 1915A. (ECF No. 10). The Court dismissed the FAC without prejudice, and with leave to amend by May 31, 2026, because the FAC did not state any colorable claims against any named Defendants who could accept service of the FAC. (*Id.*) The Court informed Plaintiff that if he needed to determine the names of any defendants, he could file a motion for the Court to issue a Rule 45 subpoena duces tecum, together with a proposed subpoena. (*Id.* at 6).

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections (NDOC), has filed a Motion for an Extension to file a second amended complaint and a Motion to Compel. (ECF Nos. 13, 14). Plaintiff has also filed a Proposed Subpoena (ECF No. 15) asking that Erin Parks, the director of nursing, provide him a list of the nurses who were working during the time of the events alleged in the FAC.

In light of Plaintiff's pro se status, the Court liberally construes his Motion to Compel as a motion for the Court to Issue a Rule 45 subpoena duces tecum to Director of Nursing Erin Parks. The Court grants the motion.

The Court denies the motion to extend the deadline for an amended complaint without prejudice as premature. If Plaintiff gets closer to the deadline, and he still needs an extension, he may ask for one at that time.

**II.   CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that the Court construes Plaintiff's Motion to Compel as a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to Director of Nursing Erin Parks (ECF No. 14) and **GRANTS** the motion.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the Subpoena that Plaintiff filed with his Motion (ECF No. 15).

**IT IS FURTHER ORDERED** That the Clerk of Court shall add the Nevada Department of Corrections to the docket as an Interested Party and electronically serve a copy of this order and a copy of Plaintiff's Subpoena (ECF No. 15) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

**IT IS FURTHER ORDERED** that within seven (7) days of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it accepts service of the Subpoena Duces Tecum on behalf of Erin Parks.

**IT IS FURTHER ORDERED** that Plaintiff's motion to extend the deadline to file an amended complaint (ECF No. 13) is **DENIED** without prejudice.

DATED: April 10, 2026.

_____
UNITED STATES MAGISTRATE JUDGE